



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case 14-81156 CIV-WPD

In re: Altisource Portfolio Solutions, S.A.
Securities Litigation

## MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of David R. Kaplan of the law firm of Bernstein Litowitz Berger & Grossmann LLP at 12481 High Bluff Drive, Suite 300, San Diego, CA 92130, Tel: 858-793-0070, Fax: 858-793-0323, for purposes of appearance as counsel on behalf of International Union of Painters and Allied Trades District Council 35 Pension and Annuity Funds in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit David R. Kaplan to receive electronic filings in this case, and in support thereof states as follows:

1. David R. Kaplan is not admitted to practice in the Southern District of Florida and is a member in good standing of the bar of the state of California.

2. Movant, Lester Hooker of the law firm of Saxena White P.A. at Boca Center, 5200 Town Center Circle, Suite 601, Boca Raton, FL 33486, Tel: 561-394-3399, Fax: 561-394-3382, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel

may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, David R. Kaplan has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. David R. Kaplan, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to David R. Kaplan at email address: DavidK@blbglaw.com

WHEREFORE, Lester Hooker, moves this Court to enter an Order permitting David R. Kaplan, to appear before this Court on behalf of International Union of Painters and Allied Trades District Council 35 Pension and Annuity Funds, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to David R. Kaplan.

Dated: January 29, 2015

Respectfully submitted,

/s/ 

**SAXENA WHITE P.A.**
Lester Hooker (FL Bar No. 0032242)
Maya S. Saxena (FL Bar No. 0095494)
Joseph E. White, III (FL Bar No. 621064)
5200 Town Center Circle, Suite 601
Boca Raton, FL 33486
Telephone: (561) 394-3399
Facsimile: (561) 394-3382
lhooker@saxenawhite.com
msaxena@saxenawhite.com
jwhite@saxenawhite.com

*Local Counsel for the International Union of Painters and Allied Trades District Council 35 Pension and Annuity Funds*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case 14-81156 CIV-WPD

In re: Altisource Portfolio Solutions, S.A.
Securities Litigation

### CERTIFICATION OF DAVID R. KAPLAN

5.   David R. Kaplan, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the bar of the state of California.

Dated: January 29, 2015

_____
David R. Kaplan

## CERTIFICATE OF SERVICE

I, Lester Hooker, hereby certify that I caused the original Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filings to be filed with the Clerk of the Court via Federal Express/Overnight Mail and to be served via First Class Mail on the following parties or attorneys listed below:

## SERVICE LIST

David Tetrick, Jr.
King & Spalding
1180 Peachtree Street NE
Atlanta, GA 30309-3521
Tel: 404-572-4600
Fax: 572-5135
Email:dtetrick@kslaw.com

*Counsel for Defendant Altisource Portfolio Solutions S.A.*

_____
Lester Hooker

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case 14-81156 CIV-WPD

In re: Altisource Portfolio Solutions, S.A.
Securities Litigation

ORDER GRANTING MOTION TO APPEAR
*PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for David R. Kaplan, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. David R. Kaplan, may appear and participate in this action on behalf of International Union of Painters and Allied Trades District Council 35 Pension and Annuity Funds. The Clerk shall provide electronic notification of all electronic filings to David R. Kaplan at DavidK@blbglaw.com.

DONE AND ORDERED in Chambers at _____, Florida, this day of _____.

_____
WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record (*via electronic filing*)