UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case 14-81156 CIV-WPD

In re: Altisource Portfolio Solutions, S.A.    )
Securities Litigation                          )
                                               )

**ORDER**
**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE is before the Court upon the Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing [DE 44] (the "Motion"), filed herein on January 30, 2015.  The movant requests this Court to admit David R. Kaplan, Esq. of the law firm of Bernstein Litowitz Berger & Grossmann LLP at 12481 High Bluff Drive, Suite 300, San Diego, CA 92130, to appear *pro hac vice* as co-counsel on behalf of International Union of Painters and Allied Trades District Council 35 Pension and Annuity Funds in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit David R. Kaplan, Esq. to receive electronic filings in this case.  The Court has carefully considered the Motion, and is fully advised in the premises. The Motion has been properly filed with the required documentation, and the attorney appears to be in good standing.

The Court notes the filing of a $75.00 check made payable to the Clerk, United States District Court. The Court also notes that David R. Kaplan, Esq. has certified to having studied the Local Rules and has designated Lester Hooker, Esq. as local counsel.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the Motion [DE 44] is **GRANTED**.  David R. Kaplan, Esq. may appear and participate in this matter as co-counsel on

behalf of International Union of Painters and Allied Trades District Council 35 Pension and Annuity Funds in the above-styled case only.

The Court reserves the power to withdraw permission for special appearance prior to and during the time of trial. Failure to abide by any Court order or failure to appear at any scheduled matter may result in immediate revocation of counsel's pro hac vice status. Local counsel must be ready to adequately represent the party at any time, including conducting the actual trial.

The Clerk shall provide electronic notification of all electronic filings to David R. Kaplan, Esq. at DavidK@blbglaw.com.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 30th day of January 2015.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record