UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case 14-81156 CIV-WPD

In re: Altisource Portfolio Solutions, S.A.
Securities Litigation

**CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2015, I electronically filed the Amended Class Action Complaint with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

I certify under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 30, 2015.

*/s/ Maya Saxena*
Maya Saxena