AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| In re: Altisource Portfolio Solutions, S.A.<br>Securities Litigation<br><br>*Plaintiff(s)*<br>v.<br><br><br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 14-81156 CIV-WPD<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Ocwen Financial Corp.
1661 Worthington Road, Suite 100
West Palm, Beach, FL 33409


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Hannah Ross, Esq.
Bernstein Litowitz Berger & Grossmann, LLP
1285 Avenue of the Americas, 38th Floor
New York, New York 10019
Tel: (212) 554-1400  Fax: (212) 554-1444

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

Date: Feb 2, 2015

**SUMMONS**

*s/ Autumn Sandoval*
Deputy Clerk
U.S. District Courts