UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| In re: Altisource Portfolio Solutions, S.A. Securities Litigation | Case 14-81156 CIV-WPD |

**NOTICE OF FILING OF CORRECTED AMENDED CLASS ACTION COMPLAINT**

TO THE COURT AND ALL PARTIES TO THIS ACTION:

PLEASE TAKE NOTICE that Lead Plaintiffs the Pension Fund for the International Union of Painters and Allied Trades District Council 35 and the Annuity Fund for the International Union of Painters and Allied Trades District Council 35, on behalf of themselves and others similarly situated, hereby submit their Corrected Amended Class Action Complaint filed on February 2, 2015. The Corrected Amended Class Action Complaint corrects certain inadvertent (i) typographical errors (¶¶49, 73, 131, 133, 145); (ii) formatting errors that obscured lines of text with a chart (¶¶44-45; 267-68); (iii) calculation error (¶262); and (iv) omission of text (¶125) contained in the Amended Class Action Complaint filed on January 30, 2015 (ECF. No. 46).

Dated: February 2, 2015

Respectfully submitted,

/s/ Hannah Ross
Hannah Ross
Lauren A. Ormsbee
BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 554 1400
Facsimile: (212) 554 1444
hannah@blbglaw.com
lauren@blbglaw.com

-and-

David R. Kaplan
BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone: (858) 793-0070
Facsimile: (858) 793-0323
davidk@blbglaw.com

*Counsel for Lead Plaintiffs the Pension Fund for the International Union of Painters and Allied Trades District Council 35 and the Annuity Funds for the International Union of Painters and Allied Trades*

*District Council 35 and Proposed Lead Counsel for the Class*

/s/ Maya S. Saxena
**SAXENA WHITE P.A.**
Maya S. Saxena (FL Bar No. 0095494)
Joseph E. White, III (FL Bar No. 621064)
5200 Town Center Circle, Suite 601
Boca Raton, FL 33486
Telephone: (561) 394-3399
Facsimile: (561) 394-3382
msaxena@saxenawhite.com
jwhite@saxenawhite.com

*Local Counsel for Lead Plaintiffs*

## Certificate of Service

I hereby certify that on February 2, 2015, I electronically filed the Notice of Filing of Corrected Amended Class Action Complaint with the Clerk of the Court using the CM/ECF system. Notice of filing will be sent to counsel of record by operation of the Court's electronic filing system.

I certify under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 2, 2015.

/s/ Maya Saxena
Maya Saxena