# Exhibit A

# Painters & Allied Trades District Council No. 35 Trust Funds

UNION TRUSTEES:
JEFFREY P. SULLIVAN, *Sec. Treas.*
PAUL CANNING
CHARLES FOGELL
JOSEPH GUARINO
JOSEPH ITRI
WILLIAM LEGRAND

FUND OFFICE
25 COLGATE ROAD
Suite 204
ROSLINDALE, MASSACHUSETTS 02131-1105
Telephone (617) 524-1240
or (800) 799-1240
Fax No. (617) 524-3557
Fax No. (617) 524-0227

EMPLOYER TRUSTEES:
THOMAS J. GUNNING, *Chairman*
MARK E. KENNEDY
RICHARD A. MAURO
MATTHEW SOEP
THOMAS STEEVES
PETER TOWNSEND

WILLIAM MCDEVITT, *Fund Administrator*

## CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS

I, William McDevitt, on behalf of the Annuity Fund for the International Union of Painters & Allied Trades District Council No. 35 ("Painters Annuity Plan"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am the Administrator of the Painters Annuity Plan. I have reviewed the Amended Class Action Complaint in this matter and authorize its filing by counsel.

2. Painters Annuity Plan did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. Painters Annuity Plan fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4. Painters Annuity Plan's transactions in the Altisource Portfolio Solutions, S.A. securities that are the subject of this action are set forth in the chart attached hereto.

5. Painters Annuity Plan has sought to serve and was appointed as a lead plaintiff and representative party on behalf of a class in the following action under the federal securities laws filed during the three-year period preceding the date of this Certification:

   *Woebel v. INTL FCStone, Inc.*, Case No. 14-cv-00232 (S.D.N.Y.)
   *West Palm Beach Firefighters' Pension Fund v. Altisource Portfolio Solutions S.A.*, Case No. 14-cv-81156 (S.D. Fla.)

6. Painters Annuity is currently seeking to serve as a lead plaintiff and representative party on behalf of a class in the following action filed under the federal securities laws during the three years preceding the date of this Certification:

   *Arciaga v. Barrett Business Solutions, Inc.*, Case No. 14-cv-05884 (W.D. Wash.)



7. Painters Annuity Plan will not accept any payment for serving as a representative party on behalf of the Class beyond Painters Annuity Plan's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29 day of January, 2015.

_____
William McDevitt
Administrator
*Annuity Fund for the International Union of Painters & Allied Trades District Council No. 35*

**Painters & Allied Trades District Council No. 35 Annuity Plan**
**Transactions in Altisource Portfolio Solutions SA**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 10/08/2013 | 1,100 | $144.94 |
| Sale | 12/06/2013 | (100) | $164.46 |
| Sale | 01/10/2014 | (95) | $164.07 |

# Painters & Allied Trades District Council No. 35 Trust Funds

| | | |
|---|---|---|
| UNION TRUSTEES: | FUND OFFICE | EMPLOYER TRUSTEES: |
| JEFFREY P. SULLIVAN, *Sec. Treas.* | 25 COLGATE ROAD | THOMAS J. GUNNING, *Chairman* |
| PAUL CANNING | Suite 204 | MARK E. KENNEDY |
| CHARLES FOGELL | ROSLINDALE, MASSACHUSETTS 02131-1105 | RICHARD A. MAURO |
| JOSEPH GUARINO | Telephone (617) 524-1240 | MATTHEW SOEP |
| JOSEPH ITRI | or (800) 799-1240 | THOMAS STEEVES |
| WILLIAM LEGRAND | Fax No. (617) 524-3557 | PETER TOWNSEND |
| | Fax No. (617) 524-0227 | |

WILLIAM McDEVITT, *Fund Administrator*

## CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS

I, William McDevitt, on behalf of the Pension Fund for the International Union of Painters & Allied Trades District Council No. 35 ("Painters Pension Plan"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am the Administrator of the Painters Pension Plan. I have reviewed the Amended Class Action Complaint in this matter and authorize its filing by counsel.

2. Painters Pension Plan did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. Painters Pension Plan fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4. Painters Pension Plan's transactions in the Altisource Portfolio Solutions, S.A. securities that are the subject of this action are set forth in the chart attached hereto.

5. Painters Pension Plan has sought to serve and was appointed as a lead plaintiff and representative party on behalf of a class in the following action under the federal securities laws filed during the three-year period preceding the date of this Certification:

   *Woebel v. INTL FCStone, Inc.*, Case No. 14-cv-00232 (S.D.N.Y.)
   *West Palm Beach Firefighters' Pension Fund v. Altisource Portfolio Solutions S.A.*, Case No. 14-cv-81156 (S.D. Fla.)

6. Painters Annuity is currently seeking to serve as a lead plaintiff and representative party on behalf of a class in the following action filed under the federal securities laws during the three years preceding the date of this Certification:

   *Arciaga v. Barrett Business Solutions, Inc.*, Case No. 14-cv-05884 (W.D. Wash.)



7. Painters Pension Plan has sought to serve as a lead plaintiff and representative party on behalf of a class in the following action under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff or was not appointed lead plaintiff:

    *Clark v. Barrick Gold Corp.*, Case No. 13-cv-03851 (S.D.N.Y.)

8. Painters Pension Plan will not accept any payment for serving as a representative party on behalf of the Class beyond Painters Pension Plan's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29 day of January, 2015.

William McDevitt
Administrator
*Pension Fund for the International Union of Painters & Allied Trades District Council No. 35*

**Painters & Allied Trades District Council No. 35 Pension Plan**
**Transactions in Altisource Portfolio Solutions SA**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 10/08/2013 | 2,200 | $144.94 |
| Sale | 12/06/2013 | (200) | $164.46 |
| Sale | 01/10/2014 | (185) | $164.07 |