UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| In re Altisource Portfolio Solutions, S.A. Securities Litigation | Case 14-81156 CIV-WPD |

**[PROPOSED] ORDER REGARDING LEAD PLAINTIFFS' SUR-REPLY BRIEF**

This matter having come before the Court on the Motion for Leave To File Sur-Reply Opposition to the Ocwen Defendants' Motion To Dismiss (the "Motion") filed by Lead Plaintiffs the Pension Fund for the International Union of Painters and Allied Trades District Council 35 and the Annuity Fund for the International Union of Painters and Allied Trades District Council 35 ("Lead Plaintiffs"), and good cause appearing therefor, this Court hereby ORDERS that:

1. Lead Plaintiffs may file the Sur-Reply brief and Sur-Reply Declaration of Hannah Ross attached as Exhibits 1 & 2 to the Motion in further response to the Ocwen Defendants' Motion to Dismiss (DE 64).

SO ORDERED this ____ day of June, 2015.

_____
WILLIAM P. DIMITROULEAS
United States District Judge