UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| In re Altisource Portfolio Solutions, S.A. Securities Litigation | ) ) ) ) ) Case 14-81156 CIV-WPD |

**JOINT CONSENT MOTION TO AMEND SCHEDULE
AND WITHDRAW LEAD PLAINTIFFS' MOTION TO AMEND SCHEDULE**

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, Lead Plaintiffs the Pension Fund and Annuity Fund for the Painters and Allied Trades District Council 35 ("Painters Funds" or "Lead Plaintiffs"), and Defendants Altisource Portfolio Solutions S.A. ("Altisource"), William C. Erbey, William B. Shepro and Michelle D. Esterman (collectively, the "Altisource Defendants"), respectfully move the Court for entry of an order (i) extending the pretrial and trial dates set forth in the Court's Order Setting Trial Date & Discovery Deadlines, Referring Case to Mediation & Referring Discovery Motions to United States Magistrate Judge dated March 3, 2016 (the "March 3 Order") (DE 118); and (ii) extending the briefing schedule governing Lead Plaintiffs' Motion for Class Certification set forth in the Court's August 2, 2016 Order Establishing Briefing Schedule (DE 153) (the "August 2 Order"). An amendment of the schedule is necessary in light of the status of discovery in this action.

By submitting this Joint Consent Motion, Lead Plaintiffs hereby withdraw their Motion to Amend Schedule, filed on September 7, 2016 (DE 173).

The parties submit this Joint Consent Motion to Amend Schedule pursuant to Federal Rules of Civil Procedure 6(b) and 16(b), and S.D. Fla. L.R. 7.1 and 7.6, and respectfully show as follows:

1. On March 2, 2016, Lead Plaintiffs served on the Altisource Defendants Lead Plaintiffs' First Set of Requests for the Production of Documents to Defendants Altisource Portfolio Solutions, S.A., William C. Erbey, William Shepro and Michelle Esterman (the

"Requests").

2. On March 3, 2016, the Court entered the March 3 Order, which, among other things, set a schedule for all pretrial dates, including deadlines for (i) amendment of the pleadings and parties; (ii) the conclusion of all fact and expert discovery; (iii) summary judgment motions; (iv) *Daubert* motions; (v) motions *in limine*; (vi) jury instructions or proposed findings and conclusions; (vii) *voir dire* questions; and (viii) exhibit and witness lists. DE 118 at 2. The March 3 Order also scheduled a two-week trial commencing on May 22, 2017. *Id.* at 1.

3. Following the March 3 Order, the parties engaged in numerous meet and confers in an effort to agree on the scope of discovery. Despite their efforts, the parties were unable to reach agreement on the scope or logistics of discovery in this action. As a result, the parties filed three separate discovery motions. On April 27, 2016, Lead Plaintiffs filed their Motion to Compel Defendants' Production of Documents Responsive to Lead Plaintiffs' Requests (the "Motion to Compel"). DE 122. On May 3, 2016, the Altisource Defendants filed a Motion for Protective Order Limiting Lead Plaintiffs' Requests (the "First Protective Order Motion"). DE 125. On May 4, 2016, the Altisource Defendants filed a Motion for Protective Order Limiting Lead Plaintiffs' Subpoena *Duces Tecum* to Ocwen Financial Corporation, which Lead Plaintiffs served on Ocwen on April 13, 2016 (the "Second Protective Order Motion"). DE 127.

4. The three discovery motions were referred to Magistrate Judge Lurana S. Snow, pursuant to the March 3 Order.

5. On June 23, 2016, the parties argued the merits of the discovery motions in a lengthy hearing before Magistrate Judge Snow. Then, on July 27, 2016, Magistrate Judge Snow issued an Order granting in large part Lead Plaintiffs' Motion to Compel and denying in large part the Defendants' First and Second Protective Order Motions. In so doing, Magistrate Judge Snow

ordered the Altisource Defendants to produce the categories of documents on which Lead Plaintiffs had been successful on the Motion to Compel by August 10, 2016 (the "Discovery Order").  DE 151.

6. On August 10, 2016, the Altisource Defendants filed a partial Objection to the Discovery Order, objecting to the production of documents concerning transactions that involved Southwest Business Corporation ("SWBC").  DE 157.  That same day, the Altisource Defendants produced documents to Lead Plaintiffs, as required by the Discovery Order.

7. On August 12, 2016, Lead Plaintiffs filed their Motion for Class Certification, in accordance with the schedule set forth in the March 3 Order.

8. On September 14, 2016, the Court overruled the Altisource Defendants' partial Objection to the Discovery Order.  DE 177.

9. To date, Lead Plaintiffs have not yet received any documents in response to their April 13, 2016 document subpoena to Ocwen Financial Corp. ("Ocwen") and May 3, 2016 document subpoena to Southwest Business Corporation ("SWBC"), and, as discussed below, Lead Plaintiffs have been pursuing meet and confers with Ocwen and SWBC on these discovery requests.

10. Ocwen withheld documents in response to Lead Plaintiffs' April 13, 2016 subpoena on Ocwen (the "Ocwen Subpoena") until the Second Protective Order Motion was decided.  Since the Discovery Order concluded that Ocwen must produce documents to Lead Plaintiffs, Lead Plaintiffs have met and conferred several times with Ocwen on the production of these documents.  Lead Plaintiffs and Ocwen have not yet reached agreement on Ocwen's obligations to produce documents in response to the Ocwen Subpoena, and Lead Plaintiffs may need to seek Magistrate Judge Snow's assistance in resolving this dispute.

11.     SWBC moved to quash Lead Plaintiffs' May 3, 2016 subpoena on SWBC (the "SWBC Subpoena") in the U.S. District Court for the Western District of Texas (where Lead Plaintiffs served the SWBC Subpoena) and SWBC has withheld documents in response to the SWBC Subpoena during the pendency of the Motion to Compel and First and Second Protective Order Motions.  Now that those motions have been resolved and Defendants' Objection overruled, pursuant to a Stipulation between Plaintiffs and SWBC regarding SWBC's Motion to Quash the SWBC Subpoena, Plaintiffs and SWBC must meet and confer to discuss SWBC's production of documents.

12.     Defendants' document production is ongoing, and certain areas of discovery remain in dispute, which the parties are working to resolve. As a result of these discovery delays, fact depositions have not yet commenced.

13.     Lead Plaintiffs' August 12, 2016 Motion for Class Certification added an additional proposed class representative, requiring Defendants to pursue additional discovery related to whether the additional proposed representative satisfies the typicality and adequacy requirements of Rule 23.  The proposed additional class representative's responses to Defendants' First Interrogatories and First Requests for the Production of documents, which were served on August 17, 2016, are due on September 16, 2016, and the additional class representative's deposition is tentatively scheduled for October 6, 2016.  Defendants anticipate that they will need to take discovery of the new proposed class representative's investment advisor as well.   In addition, Defendants have filed a motion to compel production of documents from Plaintiffs, which Magistrate Judge Snow has set for hearing on September 22, 2016.

14.     Given these discovery demands, as well as the state of class certification discovery, the parties also request a modest extension of the class certification briefing.

4

15. The parties jointly request the following proposed amendment to the schedule to provide additional time to complete fact and expert discovery and class certification discovery and briefing. The parties cannot agree on the date by which Lead Plaintiffs must file their reply on the class certification motion, as noted below in bold, and present the two dates for the Court's review:

| Event | Schedule from March 3 Order, Agreed-Upon Dates From The Joint Scheduling Report, and August 2 Order | Joint Consent Motion Proposed Schedule |
|---|---|---|
| Motion for Class Certification | August 12, 2016 | August 12, 2016 (Unchanged) |
| Opposition to Motion for Class Certification | October 14, 2016 | December 1, 2016 |
| Motions to Amend Pleadings/Add Parties | October 7, 2016 | January 11, 2017 |
| **Reply in Support of Class Certification** | **November 21, 2016** | **Plaintiffs' Proposal: January 23, 2017**<br><br>**Defendants' Proposal: January 13, 2017** |
| Fact Discovery to be Completed | October 28, 2016 | February 24, 2017 |
| The party with the burden of proof on issues to serve initial expert reports | October 28, 2016 | March 10, 2017 |
| Parties to respond to initial expert reports | November 22, 2016 | April 14, 2017 |
| Parties to reply to responsive expert reports | December 22, 2016 | May 15, 2017 |
| Discovery Cutoff | January 20, 2017 | May 12, 2017 |
| Substantive Pretrial Motions | February 20, 2017 | June 5, 2017 |
| *Daubert* Motions | 60 days before calendar call | 60 days before calendar call |
| Mediation Cutoff | 60 days before start of the trial's two-week calendar | 60 days before start of the trial's two-week calendar |
| Mandatory Pretrial Stipulation | May 5, 2017 | August 11, 2017 |
| Motions *in Limine* | May 5, 2017 | August 11, 2017 |
| Responses to Motions *in Limine* | May 12, 2017 | August 25, 2017 |
| Jury Instructions *or* Proposed Findings & Conclusions | May 12, 2017 | August 25, 2017 |
| *Voir Dire* Questions | Calendar Call | Calendar Call |
| Exhibit List for Court | First day of Trial (impeachment excepted) | First day of Trial (impeachment excepted) |
| Witness List for Court | First day of Trial (impeachment excepted) | First day of Trial (impeachment excepted) |
| Trial Calendar Call Date | May 19, 2017 at 10:00 A.M. | September 8, 2017 |
| Jury Trial Date | May 22, 2017 | September 11, 2017 |

**WHEREFORE,** in light of the foregoing, the parties respectfully request the Court's entry of the attached [Proposed] Order Granting Joint Consent Motion to Amend Schedule and Withdraw Lead Plaintiffs' Motion to Amend Schedule, which has been reviewed, approved, and authorized to be filed by counsel for all parties. No party will be prejudiced by the requested extensions, nor will the extensions unduly burden the Court. Given the foregoing circumstances, the enlargement of time is warranted.

## LOCAL RULE 7.1(a)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), counsel for Lead Plaintiffs and the undersigned Defendants certify that they have conferred, consent to the relief requested herein, and jointly request entry of the attached [Proposed] Order Granting Joint Consent Motion to Amend Schedule and Withdraw Lead Plaintiffs' Motion to Amend Schedule.

Dated: September 15, 2016

*s/ Lester R. Hooker*
Lester Rene Hooker (FL Bar No. 32242)
Maya S. Saxena (FL Bar No. 0095494)
Joseph E. White, III (FL Bar No. 621064)
**SAXENA WHITE PA**
Boca Center 5200 Town Center Circle
Suite 601
Boca Raton, FL 33486
561-394-3399
Fax: 394-3382
Lhooker@saxenawhite.com
msaxena@saxenawhite.com
Jwhite@saxenawhite.com

*Liaison Counsel for Lead Plaintiffs the Pension and Annuity Funds of the International Union of Painters and Allied Trades District Council 35 and the Proposed Class*

Hannah Ross (*admitted pro hac vice*)

*s/ Darren A. Shuler*
Darren A. Shuler
Florida Bar ID # 0113405
**KING & SPALDING LLP**
10712 Avenida Santa Ana
Boca Raton, FL 33498
Telephone: 404-572-2790
Facsimile: 404-572-5139
dshuler@kslaw.com


OF COUNSEL:

Michael R. Smith (*admitted pro hac vice*)
Benjamin Lee (*admitted pro hac vice*)
**KING & SPALDING LLP**
1180 Peachtree Street, N.E.
Atlanta, GA 30309
Telephone: 404-572-4600
Facsimile: 404-572-5100
mrsmith@kslaw.com

Adam Wierzbowski (*admitted pro hac vice*)
Lauren A. Ormsbee (*admitted pro hac vice*)
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
adam@blbglaw.com
hannah@blbglaw.com
lauren@blbglaw.com

*Lead Counsel for Lead Plaintiffs the Pension and Annuity Funds of the International Union of Painters and Allied Trades District Council 35 and the Proposed Class*

blee@kslaw.com

*Counsel for Defendants Altisource Portfolio Solutions S.A., William C. Erbey, William B. Shepro, and Michelle D. Esterman*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 15, 2016, a copy of the Parties Joint Consent Motion To Amend Schedule and Withdraw Lead Plaintiffs' Motion to Amend Schedule was served by electronic mail on all counsel of record.

                                          /s/ Maya Saxena