UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

In re: Altisource Portfolio Solutions, S.A. Securities Litigation

Case 14-81156 CIV-WPD

ORDER GRANTING JOINT MOTION TO
ADJOURN BRIEFING SCHEDULE ON PENDING MOTIONS

THIS CAUSE is before the Court upon receipt of the Parties' Notice of Settlement and Joint Motion to Adjourn Briefing Schedule on Pending Motions [DE 246], dated January 19, 2017.

The Court has reviewed the motion and is otherwise fully advised of the premises.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The parties have filed notice of settlement of this class action, subject to Court approval under Fed. R. Civ. P. 23(e). Lead Plaintiffs shall file by **February 8, 2017** the Motion for Preliminary Approval of the Settlement and supporting papers.

2. In light of the parties' settlement and the upcoming approval process, the deadlines under Local Rule 7.1(c) for Plaintiffs' memoranda of law in opposition to Defendants' Motion to Strike Matter from the Fourth Amended Class Action Complaint [DE 237] and Defendants' Motion to Dismiss New Claims Alleged in the Fourth Amended Class Action [DE 238] (collectively, "Defendants' Motions"), and Defendants' reply memoranda of law in further support of the Defendants' Motions, are hereby adjourned pending the Court's disposition of Plaintiffs' Motion for Preliminary Approval of the Settlement Agreement.

**DONE AND ORDERED** at Fort Lauderdale, Florida, this 19th day of January, 2017.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of record